AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Middle__ District of __Tennessee__

UNITED STATES OF AMERICA

V.

Jorge Mendez
2651 Holly Rock Drive
Clarksville, TN 37040

**WARRANT FOR ARREST**

Case Number: 3:08-00270 Judge Trauger

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Jorge Mendez__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

18:13 Operating a motor vehicle on federal property while under the influence of alcohol (Counts 1-2)

in violation of Title __See above__ United States Code, Section(s) _____

Ann E. Schwarz
Name of Issuing Officer

Criminal Docketing Supervisor
Title of Issuing Officer

*(signature)* Ann O. Schwarz
Signature of Issuing Officer

12/17/2008  Nashville, Tennessee
Date    Location

USM 12/19/08 - 9:44

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

U.S. CH, NASHVILLE, TN

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-19-08 | LUKE WEHBY DUSM | *(signed)* Luke Wehby |
| DATE OF ARREST 1-16-09 | | |